IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERI MCFERRIN | * | |
| | * | |
| PLAINTIFF | * | CIVIL ACTION NO. |
| VS. | * | |
| | * | |
| | * | COMPLAINT AND DEMAND |
| REALPAGE, INC. doing business as | * | FOR A JURY TRIAL |
| LEASINGDESK | * | |
| DEFENDANT | * | |

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant RealPage, Inc.'s violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 for reporting that plaintiff had an eviction judgment against her when there was no such judgment.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. §1681p, 28 U.S.C. §§ 1331 and 1337. Venue is proper in this district under 28 U.S.C. § 1391(b) as a substantial part of the events complained of took place in this district.

### III. PARTIES

3. Plaintiff, Cheri McFerrin (hereinafter referred to as "plaintiff" or "Ms. McFerrin") is a natural person who resided in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

4. Defendant RealPage, Inc. doing business as LeasingDesk (hereinafter referred to as "LeasingDesk" or 'defendant") is a consumer reporting agency under the FCRA. LeasingDesk is a foreign corporation authorized to do and doing business in the state of Louisiana, who can be

served through its registered agent for service of process, UCS of Louisiana, Inc., 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, LA 70816.

## IV. FACTUAL ALLEGATIONS

5. Ms. McFerrin had an apartment leased from Hidden Pointe Apartments ("Hidden Pointe") located in East Baton Rouge Parish.

6. In 2009 a dispute arose between Ms. McFerrin and Hidden Pointe over the terms of her lease.

7. An eviction proceeding was filed by Hidden Pointe against Ms. McFerrin in Justice of the Peace Court in East Baton Rouge Parish, Justice Steven Sanders presiding.

8. At the eviction hearing, an amicable resolution was reached between Ms. McFerrin and Hidden Pointe, and the eviction proceeding was dismissed without a judgment of eviction being rendered.

9. In February 2014, Ms. McFerrin discovered that LeasingDesk had a record on her consumer report that stated she had a judgment of eviction against her which had been satisfied.

10. Ms. McFerrin notified defendant in writing on or about February 27, 2014 that she disputed the judgment of eviction on her consumer report and included a document showing there was never a judgment of eviction.

11. Defendant conducted a reinvestigation of this entry on Ms. McFerrin's consumer report pursuant to 15 U.S.C. § 1681i.

12. In response to Ms. McFerrin's dispute, defendant verified that this entry was listed correctly.

**DEFENDANT LEASINGDESK'S PRACTICES**

13. Defendant LeasingDesk negligently and willfully failed to comply with the requirements of FCRA, including but not limited to:

   a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports concerning plaintiff, as required by 15 U.S.C. § 1681e(b); and

   b) failing to comply with the reinvestigation requirements in 15 U.S.C. § 1681i(a).

14. As a result of defendant's failures to comply with the requirements of the FCRA, plaintiff has suffered actual damages, including damage to her credit reputation, emotional distress, mental anguish, and problems in renting an apartment, for which she seeks damages in amounts to be determined by the jury. Plaintiff also seeks punitive damages from defendant in an amount to be determined by the jury.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in her favor and against defendant for:

   a) Actual damages;

   b) Punitive damages;

   c) Attorney fees, litigation expenses and costs; and

   d) Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff

Bar Roll Number:  20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com