**GARTH J. RIDGE**
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

January 9, 2015

Judge Brian A. Jackson
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    Re:    **Cheri McFerrin v. Realpage, Inc.**
           **Number: 14-768-BAJ-SCR**
           **United States District Court for the Middle District of Louisiana**

Dear Judge Jackson:

I am notifying the court that a settlement has been reached in this matter.

If you have any questions with regard to the above, please do not hesitate to contact me.

With warm professional regards and courtesies, I remain

                                              Sincerely,

                                              Garth J. Ridge

cc:    Cheri McFerrin
        Lori Finkelston, Associate General Counsel for Realpage, Inc.
        Mr. Michael L. McConnell, Clerk of Court
        Magistrate Judge Riedlinger